# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LARRY HILL,

        Plaintiff,                CASE NO: 09-CV-13040

v.                                       JUDGE PAUL D. BORMAN
                                         UNITED STATES DISTRICT COURT

WARWICK DAVIS, et. al,

        Defendants.
_____ /

## **ORDER OF DISMISSAL**

      Plaintiff filed a handwritten complaint on July 31, 2009 against defendants. Plaintiff's Complaint is recounted below in its entirety:

      I[,] Larry Hill[,] Don[']t want to go on No tunale [sic] Fight To Macomb Detroit area Caddiex Moross [sic] About the Police Actor Dancer Poet committing the rape organ Rip-off.

      I[,] Larry Hill[,] order 20 millions [sic] in twent[ies] in Larry Hill[']s Bank[:] Fifth Third Bank[,] 3201 Jefferson[,] Saving[s] Account [number redacted].

"[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The Court finds that Plaintiff's Complaint is, on its face, frivolous and devoid of merit.

Accordingly, the Court **DISMISSES** this action pursuant to Rule 12(b)(1).

**SO ORDERED**.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 11, 2009.

    s/Denise Goodine
    Case Manager